# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES NEWTON,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA,<br><br>        Defendant. | Case No. 2:16-cv-01672-APG-GWF<br><br>**ORDER DISMISSING CASE BASED ON REPORT AND RECOMMENDATION**<br><br>(ECF No. 14) |

      On July 20, 2017, Magistrate Judge Foley entered a report and recommendation that I dismiss this case with prejudice because the plaintiff sues only the State of Nevada, which is not a person under 42 U.S.C. § 1983. Plaintiff Charles Newton did not file an objection. I nevertheless conducted a de novo review of the issues set forth in the report & recommendation. 28 U.S.C. § 636(b)(1). Judge Foley sets forth the proper legal analysis and factual basis for the decision.

      IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 14) is accepted**. This action is DISMISSED with prejudice. The Clerk of the Court is instructed to close this case.

      DATED this 6th day of September, 2017.

                                                ANDREW P. GORDON<br>                                                UNITED STATES DISTRICT JUDGE